Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Arizona Center
400 E. Van Buren Street, Suite 550
Phoenix, AZ  85004
Telephone:  (602) 926-9880
Facsimile:  (312) 863-5099
E-Mail: asamberg@fgppr.com
            astein@fgppr.com
Attorneys for Defendant Travelers Personal Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Ward, | Case No:  2:20-cv-02422-PHX-SRB |
| Plaintiff, | |
| v. | **STIPULATION AND JOINT MOTION TO REMAND CASE** |
| Travelers Personal Insurance Company, a Connecticut corporation; J.S. Held, LLC, a Delaware limited liability corporation; and David Loucado and Jane Doe Loucado, husband and wife, | |
| Defendants. | |

The parties Jeffrey Ward, Plaintiff, and Travelers Personal Insurance Company, Defendant, by and through undersigned counsel, hereby stipulate to remand this case to state court and jointly request that the Court order the Clerk of Court to remand this case to the Maricopa County Superior Court, where it had been assigned to Judge Christopher Coury under Superior Court Case No. CV2020-005317.

There are no motions currently pending before this Court, and Defendants J.S. Held, LLC and David and Jane Doe Loucado were dismissed from the action on or about December 4, 2020.

/ / /

/ / /

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
400 E. Van Buren Street, Suite 550
Phoenix, Arizona 85004
(602) 926-9880

DATED this 28th day of December, 2020.

<div style="text-align: right">

POLI, MOON & ZANE, PLLC


By: s/*Mike N. Poli with permission* .
Mike N. Poli
Lawrence Moon
2999 N. 44th Street, Ste. 325
Phoenix, Arizona 85018
Attorneys for Plaintiff, Jeffrey Ward

</div>

DATED this 28th day of December, 2020.

<div style="text-align: right">

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC


By: s/ *Amy L. Stein*
Amy M. Samberg
Amy L. Stein
400 E. Van Buren Street, Suite 550
Phoenix, AZ  85004
Attorneys for Defendant Travelers
Personal Insurance Company

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael N. Poli, Esq.
Lawrence R. Moon, Esq.
POLI, MOON & ZANE, PLLC
2999 N. 44th Street, Suite 325
Phoenix, AZ  85018
mpoli@pmzlaw.com
lmoon@pmzlaw.com
*Attorneys for Plaintiff*

/s/     *Brenda Uran*

<div style="text-align: left; writing-mode: vertical">

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
400 E. Van Buren Street, Suite 550
Phoenix, Arizona 85004
(602) 926-9880

</div>