Sean M. Carroll (SBN 027171)
Christopher T. Curran (SBN 032583)
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:  scarroll@clarkhill.com
        ccurran@clarkhill.com

*Attorneys for Defendant J.S. Held LLC*
*and David Loucado and Jane Doe Loucado*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JEFFREY WARD,<br><br>                Plaintiff,<br><br>v.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY, a Connecticut corporation; J.S. HELD, LLC, a Delaware limited liability corporation; and DAVID LOUCADO and JANE DOE LOUCADO, husband and wife,<br><br>                Defendants. | Case No. CV-20-2422-PHX-SRB<br><br>**NOTICE OF LODGING PROPOSED JUDGMENT** |

Defendants J.S. Held LLC, David Loucado, and Jane Doe Loucado (collectively the "Held Defendants") by and through undersigned counsel, hereby give notice that they have lodged with the Court a proposed form of judgment, a copy of which is transmitted with this Notice.

RESPECTFULLY SUBMITTED this 28th day of December, 2020.

407541\261615885.v1

**CLARK HILL PLC**

By:   *s/ Christopher T. Curran*
      Sean M. Carroll
      Christopher T. Curran
      *Attorneys for Defendant J.S. Held LLC and David Loucado and Jane Doe Loucado*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Michael N. Poli
Lawrence R. Moon
POLI, MOON & ZANE, PLLC
2999 North 44th Street, Suite 325
Phoenix, AZ 85018
mpoli@pmzlaw.com
lmoon@pmzlaw.com
*Attorneys for Plaintiff*

Amy L. Stein
Amy M. Samberg
FORAN GLENNON PALADECH PONZI & RUDLOFF PC
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
astein@fgppr.com
asamberg@fgppr.com

    *s/ Joyce Johnston*

2

407541\261615885.v1