**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeffrey Ward, | No. 2:20-cv-02422-PHX-SRB |
| Plaintiff, | |
| vs. | **ORDER** |
| Travelers Personal Insurance Company, a Connecticut corporation; J.S. Held, LLC, a Delaware limited liability corporation; and David Loucado and Jane Doe Loucado, husband and wife, | |
| Defendants. | |

Upon review of the parties Stipulation and Joint Motion to Remand Case,

IT IS HEREBY ORDERED granting the parties' Stipulation and Joint Motion to Remand Case.

IT IS FURTHER ORDERED that the Clerk shall remand this case to the Maricopa County Superior Court.

Dated this 29th day of December, 2020.

_____
Susan R. Bolton
United States District Judge